IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>  Plaintiff,<br><br>v.<br><br>**STEPHEN L. BAILEY,**<br>**SAPPHIRE EXPLORATION, LLC, and**<br>**HARRIS EXPLORATION, INC.,**<br><br>  Defendants | )<br>)<br>)<br>)<br>) Civil Action No.: 3:23-cv-2130<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff U.S. Securities and Exchange Commission provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

**Not applicable as Plaintiff is a governmental entity.**

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

**Plaintiff is unaware of any person or entity, other than Defendants, who have a financial interest in the outcome of this litigation.**

Dated:  September 25, 2023                   Respectfully submitted,

                                             *s/Matthew J. Gulde*
                                             Matthew J. Gulde
                                             Illinois Bar No. 6272325
                                             United States Securities and
                                             Exchange Commission

Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone: (817) 978-3821
Facsimile: (817) 978-4927
guldem@sec.gov

ATTORNEY FOR PLAINTIFF SECURITIES
AND EXCHANGE COMMISSION