IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:23-CV-2130-L** |
| **STEPHEN L. BAILEY; SAPPHIRE EXPLORATION, LLC; and HARRIS EXPLORIATION, INC.,** | § § § § § | |
| Defendants. | § | |

# **ORDER**

This action was filed on September 25, 2023, and the docket sheet reflects that each Defendant executed a Waiver of the Service of Summons ("Waivers") on the same date. The Waivers also indicate Defendants' understanding that they were required to file an answer or otherwise respond to Plaintiff's Complaint no later than 60 days from September 25, 2023. There has been no activity in this case by Plaintiff or Defendants, however, since the Waivers were filed.

Accordingly, to avoid further delay, the court **directs** Plaintiff to move for entry of default and default judgment against each Defendant in this case by **July 5, 2024**. *Failure of Plaintiff to comply with this order will result in dismissal without prejudice of this action, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and comply with a court order. Further, given the age of this case, the court will not be inclined to extend this deadline absent a showing of good cause, as Plaintiff has had sufficient time to prepare.*

Order – Page 1

**It is so ordered** this 5th day of June, 2024.

                                                    _____
                                                    Sam A. Lindsay
                                                    United States District Judge