**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**STEPHEN L. BAILEY; SAPPHIRE EXPLORATION, LLC; and HARRIS EXPLORATION, INC.,**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. **3:23-CV-2130-L** |

**ORDER**

Before the court is the parties' Agreed Motion to Stay Case (Doc. 14), filed June 14, 2024. The parties seek to stay this case until Defendant Bailey is sentenced in the criminal case, at which point counsel for the Commission will seek approval for remedies against Defendants and the parties will present agreed consents and proposed final judgments to the Court. The court is not opposed to the relief sought by the parties; however, rather than stay the action, the court will administratively close it. The age of a case continues to accrue if it is merely stayed; however, if it is administratively closed, the time is tolled, and the case does not age. Accordingly, the court determines that this case should be, and is hereby, **administratively closed**. The United States District Clerk is hereby **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or

the court may take such action *sua sponte*. The parties shall immediately inform the court in writing when the adjudication is completed.

**It is so ordered** this 17th day of June, 2024.

Sam A. Lindsay
United States District Judge